| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pregerson, Harry | 2. Court or Organization United States Court of Appeals for Ninth Circuit | 3. Date of Report 05/18/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 21800 Oxnard Street Suite 1140 Woodland Hills, Ca 91367 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Marine Corps Reserve Officers Association |
| 2. Member | Advisory Board, Childhelp USA |
| 3. Member | Advisory Board of Directors, Metropolitan Division, The Salvation Army |
| 4. Member | Board of Trustees, Devil Pups, Inc |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2010 MAY 25 A 11: 02 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | State of California Judge's Retirement System | $17,387.00 |
| 2. | 2009 | GGWH LLC | $18,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Los Angeles Community College District - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lot ▒, Oxnard Shoes, CA (1964) | | None | O | W | | | | | |
| 2. Lot ▒, Oxnard Shoes, CA (1964) | | None | O | W | | | | | |
| 3. Part of Lot ▒, Woodland Hills, CA (1963) | | None | O | W | | | | | |
| 4. Part of Lot ▒, Woodland Hills, CA (1979) | | None | N | W | | | | | |
| 5. Part of Lot ▒, Woodland Hills, CA (1984) | | None | N | W | | | | | |
| 6. Limited Partnership Interest in Penn Cal Investors, Cal LTD | G | Rent | O | U | | | | | |
| 7. CGM403(B) Custodian UIPL LA Community College | | | | | | | | | |
| 8. - CG Capital Markets Lg Capital Value Investments | A | Dividend | | | Sold | 02/23/09 | M | A | |
| 9. - CG Capital Markets Sm Capital Value Investments | A | Dividend | | | Sold | 02/23/09 | K | A | |
| 10. - CG Capital Markets Emerging Markets Investments | A | Dividend | | | Sold | 02/23/09 | L | A | |
| 11. - CG Capital Markets International Equity Investments | A | Dividend | | | Sold | 02/23/09 | L | A | |
| 12. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | | | Sold | 02/23/09 | M | A | |
| 13. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | | | Sold | 02/23/09 | K | A | |
| 14. - CG Capital Markets Core Fixed Income Fund | A | Dividend | | | Sold | 02/23/09 | K | A | |
| 15. - CG Capital Markets International Fixed Income Investments | A | Dividend | | | Sold | 02/23/09 | J | A | |
| 16. - CG Capital Markets Money Market Fund | A | Dividend | J | T | | | | | |
| 17. - CG Capital Markets Core Fixed Income Fund | A | Dividend | K | T | Buy | 06/12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,000 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets. or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 19. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 20. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 21. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 22. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 23. - CG Capital Markets Lg Capital Value Investments | B | Dividend | L | T | Buy | 06/12/09 | J | | |
| 24. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 25. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 26. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 27. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 28. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 29. - CG Capital Markets Sm Capital Value Investments | A | Dividend | K | T | Buy | 06/12/09 | J | | |
| 30. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 31. | | | | | Buy (add'l) | 08/15/09 | J | | |
| 32. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 33. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 34. | | | | | Buy (add'l) | 10/15/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 36. - CG Capital Markets Emerging Markets Investments | A | Dividend | L | T | Buy | 06/12/09 | L | | |
| 37. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 38. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 39. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 40. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 41. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 42. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 43. - CG Capital Markets International Fixed Income Investments | A | Dividend | J | T | Buy | 06/12/09 | J | | |
| 44. - CG Capital Markets International Equity Investments | A | Dividend | K | T | Buy | 06/12/09 | J | | |
| 45. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 46. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 47. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 48. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 49. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 50. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | L | T | Buy | 06/12/09 | J | | |
| 51. | | | | | Buy (add'l) | 07/15/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 53. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 54. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 55. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 56. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | K | T | Buy | 06/12/09 | J | | |
| 57. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 58. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 59. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 60. | | | | | Buy (add'l) | 09/15/09 | J | | |
| 61. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 62. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 63. Chase | C | Interest | L | T | | | | | |
| 64. Wachovia Bank CD | B | Interest | | | Matured | 06/30/09 | | | |
| 65. Wachovia Bank CD | C | Interest | | | Matured | 06/30/09 | | | |
| 66. Wachovia Bank CD | B | Interest | | | Matured | 06/30/09 | | | |
| 67. Wachovia Bank CD | B | Interest | | | Matured | 06/30/09 | | | |
| 68. Wachovia Bank CD | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wachovia Bank | B | Interest | M | T | | | | | |
| 70. MorganStanley Smith Barney | | | | | | | | | |
| 71. - CG Capital Markets Core Fixed Income Fund | A | Dividend | | | Sold | 02/06/09 | J | A | |
| 72. - CG Capital Markets Lg Capital Value Investments | A | Dividend | | | Sold | 02/06/09 | L | A | |
| 73. - CG Capital Markets Sm Capital Value Investments | A | Dividend | | | Sold | 02/06/09 | J | A | |
| 74. - CG Capital Markets Emerging Markets Investments | A | Dividend | | | Sold | 02/06/09 | K | A | |
| 75. - CG Capital Markets International Fixed Income Investments | A | Dividend | | | Sold | 02/06/09 | J | A | |
| 76. - CG Capital Markets International Equity Investments | A | Dividend | K | T | Sold (part) | 02/06/09 | K | A | |
| 77. | | | | | Buy (add'l) | 06/12/09 | J | | |
| 78. | | | | | Buy (add'l) | 08/10/09 | K | | |
| 79. | | | | | Sold (part) | 08/21/09 | J | A | |
| 80. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | L | T | Sold (part) | 02/06/09 | L | A | |
| 81. | | | | | Buy (add'l) | 06/12/09 | K | | |
| 82. | | | | | Buy (add'l) | 08/10/09 | K | | |
| 83. | | | | | Sold (part) | 08/21/09 | K | A | |
| 84. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | | | Sold | 02/06/09 | J | A | |
| 85. - Eurobank CD | C | Interest | | | Matured | 01/02/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D $5,001 - $15,000 | F =$15,001 $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income. assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86.  - Capital One Bank CD | C | Interest | | | Matured | 04/02/09 | L | | |
| 87.  - Capital One NA CD | C | Interest | | | Matured | 04/02/09 | L | | |
| 88.  - Compass Bank CD | A | Interest | | | Buy | 02/11/09 | J | | |
| 89. | | | | | Matured | 08/11/09 | J | | |
| 90.  - Countrywide Bank CD | B | Interest | | | Matured | 04/02/09 | L | | |
| 91.  - Silverton Bank CD | C | Interest | | | Matured | 04/02/09 | L | | |
| 92.  - Western Asset Class A CG Capital Mks Money Fund (Y) | B | Interest | N | T | | | | | |
| 93.  - RBS Citizens, NA CD | A | Interest | | | Buy | 02/11/09 | J | | |
| 94. | | | | | Matured | 08/11/09 | J | | |
| 95.  - Citibank NA BDP | A | Interest | M | T | Open | 02/06/09 | M | | |
| 96.  - Citicorp Trust Bank | A | Interest | M | T | Open | 02/06/09 | M | | |
| 97.  - Citibank NA South Dakota BDP | A | Interest | M | T | Open | 02/06/09 | M | | |
| 98.  - CG Capital Markets - Money Market | A | Interest | J | T | Open | 02/06/09 | M | | |
| 99.  - CG Capital Markets Core Fixeed Income Fund | A | Dividend | K | T | Buy | 06/12/09 | J | | |
| 100. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 101.  - CG Capital Markets Lg Capital Value Investments | B | Dividend | L | T | Buy | 06/12/09 | K | | |
| 102. | | | | | Buy (add'l) | 08/10/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B -$1,001 - $2,500 | C =$2,501 - $5,000 | D - $5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - CG Capital Markets Sm Capital Value Investments | A | Dividend | K | T | Buy | 06/12/09 | J | | |
| 104. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 105. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 106. - CG Capital Markets Emerging Markets Investments | A | Dividend | L | T | Buy | 06/12/09 | K | | |
| 107. | | | | | Buy (add'l) | 08/10/09 | K | | |
| 108. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 109. - CG Capital Markets International Fixed Income Investments | A | Dividend | J | T | Buy | 06/12/09 | J | | |
| 110. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 111. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | K | T | Buy | 06/12/09 | J | | |
| 112. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 113. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 114. Northern Trust | | | | | | | | | |
| 115. - MFO American Centy CA Tax-Free Bd Fd Inv | D | Dividend | N | T | | | | | |
| 116. - MFB NTHN CA Mun Money Mkt | A | Interest | M | T | | | | | |
| 117. Raymond James | | | | | | | | | |
| 118. - Citigroup CHP XVII | A | Interest | | | Sold | 03/04/09 | J | | |
| 119. - US Treasury Bills 08/15/23 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ●=$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - US Treasury Bills 08/15/21 | B | Interest | K | T | | | | | |
| 121. - US Treasury Bills 08/15/20 | B | Interest | K | T | | | | | |
| 122. - US Treasury Bills 08/15/22 | B | Interest | K | T | | | | | |
| 123. - US Treasury Bills 08/15/24 | A | Interest | K | T | | | | | |
| 124. - US Treasury Bills 08/15/26 | A | Interest | K | T | | | | | |
| 125. - JP Morgan Chase CO Notes | A | Dividend | K | T | | | | | |
| 126. - Raymond James Money Market | A | Interest | J | T | | | | | |
| 127. - Schlumberger LTD Stock | A | Dividend | K | T | | | | | |
| 128. - Microsoft Coporation Stock | A | Dividend | J | T | | | | | |
| 129. - Nuveen Preferred & Conv Income Fund 2 | B | Dividend | K | T | | | | | |
| 130. - Community Bank & Trust CD | A | Interest | | | Redeemed | 01/30/09 | K | | |
| 131. - Cascade Bank | A | Interest | L | T | Buy | 05/29/09 | L | | |
| 132. - Compass Bank | A | Interest | L | T | Buy | 06/05/09 | L | | |
| 133. - USAmeribank | A | Interest | | | Buy | 01/30/09 | L | | |
| 134. | | | | | Redeemed | 05/06/09 | L | | |
| 135. Raymond James IRA #1: Microsoft Corporation Stock | A | Dividend | K | T | | | | | |
| 136. Raymond James IRA #2: Community Bank & Trust CD | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Harry Pregerson 1996 Irrevocable Trust | | | | | | | | | |
| 138. - CalNational Bank | A | Interest | J | T | | | | | |
| 139. - Janus Fund | A | Dividend | J | T | | | | | |
| 140. Ing Direct | | | | | | | | | |
| 141. - Orange Savings | B | Interest | K | T | | | | | |
| 142. - Orange CD | B | Interest | K | T | | | | | |
| 143. - Orange CD | B | Interest | K | T | | | | | |
| 144. Citi National | | | | | | | | | |
| 145. - CDs | C | Interest | N | T | Open | 06/30/09 | N | | |
| 146. - Checking Accts | A | Interest | M | T | Open | 06/30/09 | M | | |
| 147. Janus Money Market Fund D (X) | A | Int./Div. | N | T | | | | | |
| 148. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,000 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Asset #147 Janus Money Market reported under asset #28 with (Y) on 2008 Financial Disclosure Report due to the missing information for this investment at that time.

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544